UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **BERNHARD LOEF, on behalf of himself and others similarly situated,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**FIRST AMERICAN TITLE INSURANCE COMPANY,**<br><br>　　　　　　　　　　Defendant. | No. 2:08-cv-311-GZS<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Bernhard Loef ("Plaintiff"), and Defendant, First American Title Insurance Company, hereby stipulate that all claims asserted by Plaintiff individually in this case are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.


Dated:  February 1, 2013　　　　　　　　　Respectfully submitted,

/s/ Elizabeth Ryan　　　　　　　　　　　　/s/      Hannah Preston
Elizabeth Ryan (*pro hac vice*)　　　　　　　Charles A. Newman (*pro hac vice*)
BAILEY & GLASSER LLP　　　　　　　　Elizabeth T. Ferrick (*pro hac vice*)
125 Summer Street, Suite 1030　　　　　　Hannah F. Preston (*pro hac vice*)
Boston, Massachusetts  02110　　　　　　SNR DENTON US LLP
Tel:  617-439-6730　　　　　　　　　　　211 North Broadway, Suite 3000
Fax:  617-951-3954　　　　　　　　　　　St. Louis, Missouri 63102
eryan@baileyglasser.com　　　　　　　　Tel: 314-241-1800
　　　　　　　　　　　　　　　　　　　　Fax: 314-259-5959
　　　　　　　　　　　　　　　　　　　　charles.newman@snrdenton.com
　　　　　　　　　　　　　　　　　　　　elizabeth.ferrick@snrdenton.com
James F. Molleur　　　　　　　　　　　　hannah.preston@snrdenton.com
Andrea Bopp Stark
MOLLEUR LAW OFFICE　　　　　　　　Corin R. Swift, BBO# 009805
419 Alfred Street　　　　　　　　　　　　Patrick Strawbridge, BBO# 010024
Biddeford, Maine  04005-3747　　　　　　BINGHAM McCUTCHEN, LLP
Tel.:  207-283-3777　　　　　　　　　　　85 Exchange Street, Suite 300
Fax:  207-283-4558　　　　　　　　　　　Portland, Maine 04101-5045
jim@molleurlaw.com　　　　　　　　　　Tel:  207-780-8274
andrea@molleurlaw.com　　　　　　　　Fax: 207-780-8278
　　　　　　　　　　　　　　　　　　　　corin.swift@bingham.com
Francis J. Balint, Jr.　　　　　　　　　　　patrick.strawbridge@bingham.com
BONNETT FAIRBOURN
FRIEDMAN & BALINT, P.C.　　　　　　　*Attorneys for Defendant First American*

2325 E. Camelback Road, Suite 300  *Title Insurance Company*
Phoenix, Arizona  85016
Tel:  602-274-1100
fbalint@BFFB.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 1, 2013.

    This the 1st day of February, 2013.

    */s/ Hannah F. Preston*
Charles A. Newman (*pro hac vice*)
Elizabeth T. Ferrick (*pro hac vice*)
Hannah F. Preston (*pro hac vice*)
SNR DENTON US LLP
211 North Broadway, Suite 3000
St. Louis, MO 63102
Tel.: 314 241-1800
Fax: 314-259-5959
charles.newman@snrdenton.com
elizabeth.ferrick@snrdenton.com
hannah.preston@snrdenton.com